[No. 48862-7-I. Division One. November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LITTLEBILLY C. RHODES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01501-6, Philip G. Hubbard, Jr., J., entered July 7, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48923-2-I. Division One. November 12, 2002.]

THE CITY OF RENTON, *Respondent*, v. ROBIN L. BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06344-6, Michael J. Trickey, J., entered June 25, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Schindler, JJ.

[No. 49148-2-I. Division One. November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW GARFIELD HAGEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09239-0, Dale B. Ramerman, J., entered July 9, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 49337-0-I. Division One. November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JOHN MOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-01528-3, Nicole MacInnes, J., entered October 11, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Ellington, JJ.